UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60364-CIV-UNGARO/O'SULLIVAN

STEPHEN A. KARAKIS,

     Plaintiff,

v.

GMRI, INC., a Florida corporation,
d/b/a SEASONS 52, et al.,

     Defendants.

_____/

### DEFENDANT GMRI, INC.'S INITIAL RULE 26 DISCLOSURES

     Defendant GMRI, Inc., hereby files its Initial  Rule 26 Disclosures pursuant to

Rule 26 (a) (1) and (2) of the Federal Rules of Civil Procedure.

     Rule 26 (a) (1):

     1.    The following individuals are known at this time by the Defendant to be

likely to have discoverable information relevant to the disputed facts.

     a.    Michael Goldman
            Shakman Construction Company
            2595 NW Boca Raton Blvd.
            Boca Raton, Florida 33431

     Subject: construction of Seasons 52 at existing property

     b.    Richard K. Brooks, Jr.
            RKB Architects Planners, Inc.
            4800 N. Federal Highway, # 104B
            Boca Raton, Florida 33431

     Subject: architecture of Seasons 52 at existing propert

     c.    Tim Hanrahan
            Design and construction oversight for GMRI, Inc./ Seasons 52 at
            subject property

CASE NO. 08-60364-CIV-UNGARO/O'SULLIVAN

c/o Isaac J. Mitrani, Esq.
MITRANI, RYNOR & ADAMSKY, P.A.
2200 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131

Subject:   Design and construction of Seasons 52 at subject property

d.   Carmen Maruri
Current Manager for GMRI, Inc. / Seasons 52 at subject property
c/o Isaac J. Mitrani, Esq.
MITRANI, RYNOR & ADAMSKY, P.A.
2200 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131

Subject:   Current restaurant operations at Seasons 52 at subject property

2.   Description by category of documents, data or tangible things relevant to disputed facts:

Architectural and engineering plans and specifications

3.   No claim for damages has been made by Defendant

4.   There are no insurance agreements relevant to this action.

Rule 26 (a) (2):

1.   Final Expert selection is not determined at this early date

Respectfully submitted,

MITRANI, RYNOR & ADAMSKY, P.A.
2200 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Tel:   305/358-0050
Fax:   305/358-0550

By:   /s/ Isaac J. Mitrani
Isaac J. Mitrani
Florida Bar No. 348538

-2-

CASE NO. 08-60364-CIV-UNGARO/O'SULLIVAN

Sheryl S. Natelson
Florida Bar No. 0794340

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 16 day of May, 2008, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the

foregoing document is being served this day on B. Bradley Weitz, Esq., The Weitz Law

Firm, P.A., Bank of America Building, 18305 Biscayne Boulevard , Suite 214, Aventura,

FL  33160, in the manner specified, either via transmission of Notice of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.


s/ Isaac J. Mitrani